```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 39709
   JOSE LUIS SOSA
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6253

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/26/2004 and was confirmed 12/13/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED            2915.00          265.34         2915.00
AMERICAN GENERAL FINANCE   UNSECURED         NOT FILED            .00             .00
NATIONAL CITY MORTGAGE     CURRENT MORTG         .00             .00             .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE     10000.43            .00         10000.43
JAMES A YOUNG              DEBTOR ATTY        1,700.00                        1,700.00
TOM VAUGHN                 TRUSTEE                                              894.31
DEBTOR REFUND              REFUND                                                94.92

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 15,870.00

PRIORITY                                              .00
SECURED                                         12,915.43
   INTEREST                                        265.34
UNSECURED                                             .00
ADMINISTRATIVE                                   1,700.00
TRUSTEE COMPENSATION                               894.31
DEBTOR REFUND                                       94.92
                        --------------        --------------
TOTALS                   15,870.00              15,870.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 39709 JOSE LUIS SOSA

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```